UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>ANTONIO LOZA-LOZANO,<br>    a/k/a Antonio Losa Lozano,<br><br>            Defendant. | No. CR 05-00333 RMW<br><br>ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |

This matter came before the Court for a status hearing on Monday, August 22, 2005. Counsel for the government and the defendant were present. Based on the hearing and at the request of defense counsel, without objection from the government, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation and continuity of counsel, including trying to obtain new counsel.

IT IS HEREBY ORDERED that this case is continued to August 29, 2005 at 9:00 a.m. for setting.

IT IS FURTHER ORDERED that the period of time from August 22, 2005 through and including August 29, 2005 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 8/23/05

_Ronald M. Whyte_
RONALD M. WHYTE
United States District Judge

E-FILING

1 | Copies to be served on:

2 | MATTHEW A. LAMBERTI
Assistant United States Attorney
3 | 150 Almaden Boulevard, Suite 900
San Jose, California 95113

4 |

NICK HUMY
5 | Assistant Federal Public Defender
160 W. Santa Clara Street, Suite 575
6 | San Jose, California 95113

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28