UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION    *E-FILED - 4/13/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00333 RMW |
| Plaintiff, ) | ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. ) | |
| ANTONIO LOZA-LOZANO, ) a/k/a Antonio Losa Lozano, ) | |
| Defendant. ) | |

This matter came before the Court for a status hearing on Monday, March 27, 2006. Counsel for the government and the defendant were present. Based on the hearing and at the request of the parties, the Court finds pursuant to Title 18, United States Code, Section 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch as the defendant needs additional time for effective preparation and investigation, including attempting joint resolution of this case and another pending criminal case against him.

IT IS HEREBY ORDERED that this case is continued to May 15, 2006 at 9:00 a.m. for a status hearing.

IT IS FURTHER ORDERED that the period of time from March 27, 2006 through and including May 15, 2006 shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

DATED: 4/13/06

/s/ Ronald M. Whyte
RONALD M. WHYTE
United States District Judge

Copies to be served on:

MATTHEW A. LAMBERTI
Assistant United States Attorney
150 Almaden Boulevard, Suite 900
San Jose, California 95113

KEITH G. JORDAN
31 East Julian Street
San Jose, California 95112