UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

*E-FILED - 8/2/06*

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00333-RMW |
| Plaintiff, | |
| v. | **ORDER OF THE COURT EXCLUDING TIME** |
| ANTONIO LOZA-LOZANO, | |
| Defendant. | |

The above-captioned case came before the court on Monday, July 17, 2006 at 9:00 a.m. for status hearing. The defendant was personally present and was represented by counsel. Counsel for the United States was present. At the conclusion of the hearing, the court ruled as follows:

The court hereby sets this case for a further status hearing to take place on Monday, September 25, 2006 at 9:00 a.m. Pursuant to Title 18, United States Code, Section 3161(h)(8), the court excludes the period of time from July 17, 2006 through and including September 25, 2006, from the computation of the period of time within which the trial must commence. The court FINDS that the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. The court bases this finding on the need for the defendant's recently-appointed attorney in a separately filed drug trafficking case against the defendant, CR

**ORDER EXCLUDING TIME  CR  05-00333-RMW**

05-00516-JF, to review extensive discovery provided to him by the government in that case and to attempt to negotiate a possible joint disposition in both Case CR 05-00516-JF and the above-entitled case, and to thereby afford counsel the reasonable time necessary for effective preparation, within the meaning of 18 U.S.C. Section 3161(h)(8)(B)(iv).

**IT IS SO ORDERED.**

DATED:   8/2/06

                        /S/ RONALD M. WHYTE
                        RONALD M. WHYTE
                        United States District Judge

**ORDER EXCLUDING TIME   CR  05-00333-RMW**