E-FILED ***12/18/06***

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 05-00333 RMW |
| Plaintiff, ) | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING CASE AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT, 18 U.S.C. § 3161 |
| v. ) | |
| ANTONIO LOZA-LOZANO, ) a/k/a Antonio Losa Lozano, ) | |
| Defendant. ) | |

      This matter was previously set on Monday, December 4, 2006 for a status hearing. The Court subsequently rescheduled the matter on its own initiative to Monday, December 11, 2006. Plaintiff United States of America, by and through Assistant United States Attorney Joseph A. Fazioli , and defendant Antonio Loza-Lozano, by and through his counsel Keith G. Jordan, hereby AGREE AND STIPULATE that this matter be continued from December 11, 2006 at 9:00 a.m. to February 12, 2007 at 9:00 a.m. Defense counsel is currently unavailable on December 11, 2006, and would like additional time to discuss with his client the above-captioned matter and how it may be affected by another, unrelated federal narcotics prosecution against his client which is currently pending and scheduled for status in January 2007.

      In light of the above, the parties also AGREE AND STIPULATE that the period of time from December 4, 2006 through and including February 12, 2007, shall be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.* because the defendant needs additional time for continuity of counsel and the parties need additional time for effective preparation and investigation, including attempting to resolve this

//
//
//
//

1 | case.

2 | DATED: December 8, 2006                KEVIN V. RYAN
3 |                                        United States Attorney

                                               /s/
4 |                                        _____
5 |                                        JOSEPH A. FAZIOLI
                                           Assistant United States Attorney

                                               /s/
7 | DATED: December 8, 2006                _____
                                           KEITH G. JORDAN
8 |                                        Counsel for the Defendant

9 |                          [~~PROPOSED~~] ORDER

Based upon the foregoing, and good cause appearing therefor, the Court finds pursuant to Title 18, United States Code, Sections 3161(h)(1)(F) and 3161(h)(8)(A), considering the factors set forth in Section 3161(h)(8)(B), that the interests of justice in granting this continuance outweigh the defendant's and the public's interests in a speedy trial inasmuch the defendant needs additional time for continuity of counsel and the parties need additional time for effective preparation and investigation, including attempting to resolve this case.

IT IS HEREBY ORDERED THAT this matter be continued from December 11, 2006 to February 12, 2007 at 9:00 a.m.

IT IS FURTHER ORDERED that the period of time from December 4, 2006 through and including Febuary 12, 2007 be excluded from the period of time within which trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq.*

IT IS SO ORDERED.

                                               /s/ Ronald M. Whyte
DATED:   12/18/06                          _____
                                           HON. RONALD M. WHYTE
                                           United States District Judge