1  **RICHARD P. POINTER, ESQ., SBN: 86630**
   HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2  2007 W. Hedding Street, Suite 100
   San Jose, Ca 95128
3  Telephone:     (408) 246-5500
   Facsimile:     (408) 246-1051
4

5  Attorneys for Defendant
   **ANTONIO LOZA LOZANO**
6

7

8

9                    UNITED STATES DISTRICT COURT

10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                 SAN JOSE DIVISION        *E-FILED - 10/5/07*

12
   UNITED STATES OF AMERICA,        )    NO: CR-05-00333 (RMW)
13                                  )
                Plaintiff,          )    STIPULATION AND
14                                  )    ORDER TO
        vs.                         )    CONTINUE SEPTEMBER 17,
15                                  )    2007 STATUS CONFERENCE
   ANTONIO LOZA-LOZANO,             )    AND EXCLUDE TIME
16                                  )
                Defendant.          )
17 _____)

18      IT IS HEREBY STIPULATED by and between Assistant United States Attorney, John N.

19 Glang, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in the above

20 mentioned case, that the status conference now scheduled for September 17, 2007 at 9:00 a.m., is

21 extended until October 1, 2007 at 9:00 a.m., or as soon thereafter as is convenient to the Court. This

22 continuance is sought by the defense in order to resolve his other pending criminal matter that is set

23 before Judge Foley on September 19, 2007.

24      No party objects to the requested continuance.

25      IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue

26 to be excluded from September 17, 2007 through October 1 2007, pursuant to 18 U.S.C. section

27 3161(h)(8) (A) and (B)(ii) and (iv), Local Codes T-2 and T-4.

28

**ORDER OF COURT**                         1

1 | IT IS SO STIPULATED.

2 | Dated: September 14, 2007

/s/
JOSEPH FAZIOLI
Counsel for Plaintiff

Dated: September 14, 2007

/s/
RICHARD P. POINTER
Counsel for ANTONIO LOZA LOZANO

**ORDER OF COURT**  2

1 **RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2 2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
3 Telephone:      (408) 246-5500
Facsimile:       (408) 246-1051
4
Attorneys for Defendant
5 **ANTONIO LOZA LOZANO**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-05-00333 (RMW) |
| Plaintiff, | |
| | ORDER FOR CONTINUANCE |
| vs. | |
| ANTONIO LOZA LOZANO, | |
| Defendant. | |

Accordingly, for good cause shown, the court HEREBY ORDERS that the status appearance scheduled for September 17, 2007 is continued to October 1, 2007 at 9:00 a.m.

THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from September 17, 2007 to October 1, 2007. The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

SO ORDERED.

Dated: October 5, 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States Judge

**ORDER OF COURT**                                      3