**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:    (408) 246-5500
Facsimile:    (408) 246-1051

Attorneys for Defendant
**ANTONIO LOZA LOZANO**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

*E-FILED - 10/29/07*

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO: CR-05-00333 (RMW) |
| Plaintiff, | STIPULATION AND [] ORDERED TO CONTINUE OCTOBER 1, 2007 STATUS CONFERENCE AND EXCLUDE TIME |
| vs. | |
| ANTONIO LOZA-LOZANO, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Joseph Fazioli, counsel for plaintiff, and Richard P. Pointer, counsel for the defendant in the above mentioned case, that the status conference now scheduled for October 1, 2007 at 9:00 a.m., is continued to October 29, 2007, at 9:00 a.m., or as soon thereafter as is convenient to the Court. This continuance is sought by the defense in order to resolve his other pending criminal matter that is set before Judge Fogel on October 24, 2007.

No party objects to the requested continuance.

IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue to be excluded from October 1, 2007 through October 29, 2007, pursuant to 18 U.S.C. section

---
**ORDER OF COURT**                                   1

1  3161(h)(8) (A) and (B)(ii) and (iv), Local Codes T-2 and T-4.

2        IT IS SO STIPULATED.

3  Dated: October 16, 2007    /s/
                              JOSEPH FAZIOLI
4                             Counsel for Plaintiff

5
   Dated: October 12, 2007    /s/
6                             RICHARD P. POINTER
                              Counsel for ANTONIO LOZA LOZANO

**ORDER OF COURT**    2

**RICHARD P. POINTER, ESQ., SBN: 86630**
HINKLE, JACHIMOWICZ, POINTER & EMANUEL
2007 W. Hedding Street, Suite 100
San Jose, Ca 95128
Telephone:     (408) 246-5500
Facsimile:      (408) 246-1051

Attorneys for Defendant
**ANTONIO LOZA LOZANO**

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO: CR-05-00333 (RMW) |
| Plaintiff, ) ) | ORDER FOR CONTINUANCE |
| vs. ) ) | |
| ANTONIO LOZA LOZANO, ) ) | |
| Defendant. ) ) | |

    Accordingly, for good cause shown, the court HEREBY ORDERS that the status appearance scheduled for October 1, 2007 is continued to October 29, 2007 at 9:00 a.m.

    THE COURT FURTHER ORDERS time be excluded under the Speedy Trial Act from October 1, 2007 to October 29, 2007.  The court finds, based on the aforementioned reasons, that the ends of justice is served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial.  The Court therefore concludes that this exclusion of time should be made under 18 U.S.C. section 3161(h)(8)(A) and (B)(iv).

    SO ORDERED.

Dated: October  29 , 2007

*Ronald M. Whyte*
RONALD M. WHYTE
United States Judge

**ORDER OF COURT**                                3