Jason de Bretteville (SBN 195069)
1870 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 461-5600
Facsimile:      (650) 461-5700
debrettevillej@sullcrom.com

Attorney for Defendant
**ANTONIO LOZA LOZANO**

*E-FILED - 5/27/08*

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No.  CR-05-00333 (RMW) |
| )  | |
| Plaintiff,   ) | **STIPULATION AND** |
| ) | **ORDER TO CONTINUE MAY 29, 2008** |
| vs.          ) | **SENTENCING AND EXCLUDE TIME** |
| ) | |
| ANTONIO LOZA-LOZANO,           ) | |
| ) | |
| Defendant.      ) | |
| ) | |

　　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Joseph Fazioli, counsel for plaintiff, and Jason de Bretteville, counsel for the defendant in the above entitled case, that the sentencing now scheduled for May 29, 2008 at 2:00 p.m., is extended until June 30, 2008 at 9:00 a.m., or as soon thereafter as is convenient to the Court.  This continuance is sought by the defense in order to allow newly-appointed counsel an opportunity to become familiar with the file and in order to resolve issues in the defendant's other pending criminal matter that is set for a status conference before Judge Fogel on June 18, 2008.

　　　Counsel for defendant has conferred with both AUSA Fazioli and the Probation Officer, Waseem Iqbal, and confirms that no party objects to the requested continuance and that all parties will be available on the requested date and time.  Counsel for defendant also has checked the date with the Court's Courtroom Deputy to consider the Court's availability on the requested date.

SULLIVAN
&
CROMWELL LLP

1

STIPULATION TO CONTINUE SENTENCING

1  IT IS FURTHER STIPULATED that the time for trial under the Speedy Trial Act continue to be
2 excluded from May 29, 2008 through June 30, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(ii)
3 and (iv), Local Codes T-2 and T-4.

5  IT IS SO STIPULATED.

6 Dated: May 20, 2008                                    /S/
                                                   JOSEPH FAZIOLI
                                                   Counsel for Plaintiff

9
10 Dated: May 20, 2008                                    /S/
                                                   JASON DE BRETTEVILLE
                                                   Counsel for ANTONIO LOZA-LOZANO

SULLIVAN
&
CROMWELL LLP

2

STIPULATION TO CONTINUE SENTENCING

Jason de Bretteville (SBN 195069)
1870 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 461-5600
Facsimile:      (650) 461-5700
debrettevillej@sullcrom.com

Attorney for Defendant
**ANTONIO LOZA LOZANO**

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | Case No.  CR-05-00333 (RMW) |
|---|---|---|
| Plaintiff, | ) | **[] ORDER FOR CONTINUANCE** |
| vs. | ) | |
| ANTONIO LOZA-LOZANO, | ) | |
| Defendant. | ) | |

Accordingly, for good cause shown, the court HEREBY ORDERS that the sentencing scheduled for May 29, 2008 is continued to June 30, 2008 at 9:00 a.m.

SO ORDERED.

Dated: May 27, 2008

_Ronald M. Whyte_
RONALD M. WHYTE
United States Judge

SULLIVAN & CROMWELL LLP

1

[] ORDER OF THE COURT